(110 So. 699)

### S. W. HERREN v. D. H. SHELNUTT.
(7 Div. 702.)

(Supreme Court of Alabama. Dec. 16, 1926.)

Certiorari to Court of Appeals.

Merrill & Jones, of Heflin, for petitioner. Vann & Parker, of Roanoke, opposed.

PER CURIAM. Petition of S. W. Herren for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Herren v. Shelnutt, 21 Ala. App. 589, 110 So. 697.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.